**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

GE Y.,

               Petitioner,

v.

No. 26-cv-1700 (KMM/LIB)

**ORDER**

KRISTI NOEM, *Secretary, Department of Homeland Security*; TODD M. LYONS, *Acting Director, Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*;

               Respondents.

---

In a Report and Recommendation ("R&R") dated March 17, 2026, United States Magistrate Leo I. Brisbois recommended that Petitioner Ge Y's Petition for a Writ of Habeas Corpus be granted. (R&R, Dkt. 9.) Because Mr. Y's liberty interests are implicated in this case, Judge Brisbois shortened the usual 14-day period for filing objections to the R&R. (*Id.* at 14–15.) Respondents did not object to the R&R within the time provided, nor in the additional days that have since followed. Therefore, the Court has reviewed the matter for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). The Court finds no error and adopts the R&R.

1

Based on the above, and on the full record before the Court, **IT IS HEREBY**

**ORDERED THAT:**

1. The R&R (Dkt. 9) is **ACCEPTED**.

2. Ge Y's Petition for a writ of habeas corpus (Dkt. 1) is **GRANTED** as set forth herein.

3. Respondents shall immediately release Petitioner in Minnesota without subjecting him to conditions greater than those specifically imposed in his January 14, 2013 Order of Supervision.

4. Respondents shall release Petitioner with all his personal effects seized during his arrest, including, but not limited to, his identification documents and immigration documentation.

5. Respondents shall confirm Petitioner's release from custody in Minnesota within forty-eight hours of this Order.

**Let Judgment be entered accordingly**.

Date: March 23, 2026

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge

2