# UNITED STATES DISTRICT COURT
## District of Minnesota

Ge Yang

Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01700-KMM-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The R&R (Dkt. 9) is ACCEPTED.
2. Ge Y's Petition for a writ of habeas corpus (Dkt. 1) is GRANTED as set forth herein.
3. Respondents shall immediately release Petitioner in Minnesota without subjecting him to conditions greater than those specifically imposed in his January 14, 2013 Order of Supervision.
4. Respondents shall release Petitioner with all his personal effects seized during his arrest, including, but not limited to, his identification documents and immigration documentation.
5. Respondents shall confirm Petitioner's release from custody in Minnesota within forty-eight hours of this Order.

Date: 3/24/2026

KATE M. FOGARTY, CLERK